THE STATE, EX REL. MANOCCHIO, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as State, ex rel. Manocchio, v. Indus. Comm., 5 Ohio St. 2d 105.]

(No. 39801—Decided February 9, 1966.)

*Mr. Paul Mancino* and *Mr. Paul Mancino, Jr.*, for appellee.

*Mr. William B. Saxbe,,* attorney general, *Mr. Donald M. Colasurd* and *Mr. Ted R. Greiner,* for appellant.

*Per Curiam.* The judgment of the Court of Appeals is affirmed for the reasons stated in its opinion, reported in 3 Ohio App. 2d 38.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.